

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**9/9/09**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/2/09.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Case Number:** 09-38939 - A - 7

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address:

Energy King, Inc.

20-3161375
1717 Kathleen Ave
Sacramento, CA 95815

| Debtor's Attorney: | Ryan D. Griffin<br>980 9th St 16th Fl<br>Sacramento, CA 95814 | Trustee: | Hank Spacone<br>PO Box 255808<br>Sacramento, CA 95865 |
|---|---|---|---|
| Telephone Number: | 916-418-1032 | Telephone Number: | 916-485-5530 |

### MEETING OF CREDITORS

**Location:** Robert T Matsui United States Courthouse, 501 I Street, Room 7-A, 7th Floor, Sacramento, CA

**Date & Time:** 10/8/09  09:00 AM

The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "It is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

### See Reverse Side For Important Explanations.

Dated:
9/9/09

For the Court,
Richard G. Heltzel , Clerk

FORM b9b
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

--- **Refer to Other Side For Important Deadlines and Notices** ---

# CERTIFICATE OF NOTICE

```
District/off: 0972-2        User: admin              Page 1 of 7             Date Rcvd: Sep 09, 2009
Case: 09-38939              Form ID: b9b             Total Noticed: 381


The following entities were noticed by first class mail on Sep 11, 2009.
db           +Energy King, Inc.,    1717 Kathleen Ave,    Sacramento, CA 95815-1839
aty          +Ryan D. Griffin,    980 9th St 16th Fl,    Sacramento, CA 95814-2736
tr           +Hank Spacone,    PO Box 255808,    Sacramento, CA 95865-5808
16689873     +5 Point Smog Tune-Up,    1016 O Street,    Modesto CA 95354-0708
16689874     +84 Lumber,    501 Beard Avenue,    Modesto CA 95354-4026
16689875     +92 1 KCCL FM,    298 Commerce Circle,    Sacramento CA 95815-4212
16689877     +A A Crane,    PO BOX 2723,    Fresno CA 93745-2723
16689876     +A J Recycling Disposal,    6361 Markley Way,    Carmichael CA 95608-6301
16689878     +AAA Services,    1834 Auburn Blvd,    Sacramento CA 95815-1908
16689880     +ABS Presort Data Processing,    4724 Enterprise Way,    Modesto CA 95356-8717
16689882     +AC Electric,    2309 Tenaya Drive Ste A,    Modesto CA 95354-3936
16689883     +AC Security Sound,    2309 Tenaya Drive Ste A,    Modesto CA 95354-3936
16689919     +AT T,    Sacramento CA 95887-0001
16689920      AT T,    Payment Center,    Sacramento CA 95887-0001
16689918     +AT T - main Payment Center,    Sacramento CA 95887-0001
16689922     +AT T All In One Service,    P O Box 78520,    Phoenix AZ 85062-8520
16689921      AT T All in One,    PO BOX 78522,    Phoenix AZ 85062-8522
16689923      AT T Yellow Pages,    PO BOX 989046,    West Sacramento CA 95798-9046
16689924      AT T Yellow Pages com,    P O BOX 650098,    Dallas TX 75265-0098
16689879     +Abatement Technologies,    605 Satellite Blvd Ste 300,    Suwanee GA 30024-4611
16689885     +Ace Hardware Oakdale,    1010 East F Street,    Oakdale CA 95361-4109
16689886     +Adtech,    1571 E Whitmore Avenue,    Ceres CA 95307-9215
16689888      Aflac,    Columbus GA 31993-8601
16689889      Air Cold Supply,    Ferguson H C 794,    Los Angeles CA 90074-6809
16689890      Aircold Supply,    San Francisco CA 94160-0001
16689891      Airgas,    P O Box 7425,    Pasadena CA 91109-7425
16689892      Airgas NCN,    PO BOX 7425,    Pasadena CA 91109-7425
16689894     +Alexander Macy,    PO BOX 7504,    Auburn CA 95604-7504
16689895      Alhambra Sierra Springs,    PO BOX 660579,    Dallas TX 75266-0579
16689896     +Alhambra Water,    465 N Halstead Ste 150,    Pasadena CA 91107-6017
16689898     +All Star Trophies,    1560 Geer Road B,    Turlock CA 95380-3262
16689899      All Tune Lube,    2461 Patterson Road,    Riverbank CA 95367
16689901     +Allied North America,    39300 Civic Center Drive 390,    Fremont CA 94538-2337
16689902      Alpha Numeric Inc,    706 15th Street,    Riverbank CA 95367
16689903     +American Chevrolet - Geo,    4742 McHenry Avenue,    Modesto CA 95356-9523
16689904     +American Crane Rental Inc,    515 First Street,    Escalon CA 95320-1544
16689905     +American Education Services,    39300 Civic Center Drive 390,    Fremont CA 94538-2337
16689906      American Express Financial Advisors Inc,    70205 AXP Financial Center,
               Minneapolis MN 55474-0702
16689907     +American International Recovery,    PO BOX 105795,    Atlanta GA 30348-5795
16689908     +American Lumber Co,    1231 Ninth Street,    Modesto CA 95354-0751
16689909     +American Mobile Shredding,    PO BOX 580345,    Modesto CA 95358-0007
16689910     +American Refrigeration,    PO BOX 21127,    Phoenix AZ 85036-1127
16689911     +American Refrigeration Supplies,    P O Box 21127,    Phoenix AZ 85036-1127
16689912     +American Standard,    1610 Century Ctr Pkwy Ste 104,    Memphis TN 38134-8957
16689913      Arcade Insulation Sacramento,    7500 San Joaquin St,    Sacramento CA 95820-2141
16689915      Arco Business Solutions,    PO BOX 70995,    Charlotte NC 28272-0995
16689916     +Armor Roofing,    1108 N Ninth Street,    Modesto CA 95350-4777
16689917      Arrowhead General Ins,    701 B street Ste 2100,    San Diego CA 92101-8197
16689926     +Atterberry Searle Inc,    601 University Ave Ste,    Sacramento CA 95825-6775
16689927     +Auburn Events Inc,    PO BOX 248,    Auburn CA 95604-0248
16689929     +Azevedo s Auto Service,    5701 Yosemite Blvd,    Modesto CA 95357-1834
16689931     +B2EMedia,    6017 Puerto Drive,    Rancho Murieta CA 95683-9315
16689930     +B2Emedia,    2720 13th St,    Sacramento CA 95818-2908
16689936     +BDP Graphic Design,    707 Bidwell St 1,    Folsom CA 95630-3052
16689932     +Bank of America,    1737 Oakdale Road,    Modesto CA 95355-3009
16689933     +Baragia Painting Repair,    8465 Juglans Dr,    Orangevale CA 95662-3048
16689934     +Barnett Custom Homes,    13173 Valley Crest Drive,    Oakdale CA 95361-7525
16689938     +Better Business Bureau,    11 S San Joaquin Street 803,    Stockton CA 95202-3270
16689937     +Better Business Bureau,    400 S Street,    Sacramento CA 95811-6908
16689940     +Big Valley Internet,    PO BOX 580565,    Modesto CA 95358-0011
16689941     +Bill Vardy,    PO BOX 1207,    Marysville CA 95901-0034
16689942     +Bischoff Custom Design,    3520 Oakdale Rd Ste B,    Modesto CA 95357-0714
16689944      Blue Cross of California,    PO BOX 54630,    Los Angeles CA 90054-0630
16689946     +Bob Barnett,    5729 Terminal Avenue,    Riverbank CA 95367-2919
16689949     +Boundless Computing,    3625 Orangerie Way,    Carmichael CA 95608-2843
16689950     +Brewer Electric,    2341 Fruitridge Road,    Sacramento CA 95822-3131
16689951     +Budget Brake,    3422 Oakdale Road,    Modesto CA 95355-9695
16689954     +C T Auto Repair,    902 N Blackstone Avenue,    Fresno CA 93701-1012
16689955     +CAL-PAC Roofing,    507 Galaxy Way,    Modesto CA 95356-9600
16689957     +CALCERTS Inc,    31 Natoma Street,    Folsom CA 95630-2658
16689962     +CBS Marketing Inc,    133 L Street Ste C,    Sacramento CA 95814-3250
16689965     +CFM Equipment Distributor,    1644 Main Ave Ste 1,    Sacramento CA 95838-2409
16689975     +CIRCO,    4100 Florin Perkins Road,    Sacramento CA 95826-4819
16690014     +CNA Surety,    2831 G Street Ste 200,    Sacramento CA 95816-3783
16689956      Cal OSHA TICF Assessment,    San Francisco CA 94142-0603
16689960     +Capitol Energy Consultant,    1709 Adonis Way,    Sacramento CA 95864-1701
16689961      Cardmember Service,    PO BOX 50882,    Henderson NV 89012
16689963     +Central CA Directories,    8475 Calaveras Avenue,    Fresno CA 93711-6029
16689964     +Central Valley Screen,    176 Otto Circle,    Sacramento CA 95822-3817
16689967      Chase Card Services Card Member Service,    PO BOX 6406,    Palatine IL 60094
16689970     +Choice Visa,    PO BOX 6406,    The Lakes NV 88901-6406
16689974     +Circle T Market,    5925 Terminal Avenue,    Riverbank CA 95367-4300
```

```
16689976      +Citi Technology Finance SE,   PO BOX 100706,   Pasadena CA 91189-0003
16689978      +City Electronic,   PO BOX 248,   Modesto CA 95353
16689979      +City of Auburn,    1225 Lincoln Way,   Auburn CA 95603-5020
16689980      +City of Ceres,    2720 2nd Street,    Ceres CA 95307-3292
16689981      +City of Clovis,    1033 Fifth Street,    Clovis CA 93612-1398
16689983       City of Gustine,    PO BOX 682,    Gustine CA 95322
16689985      +City of Hughson,    PO BOX 9,    Hughson CA 95326-0009
16689987       City of Lincoln,    Business License Renewal,    Lincoln CA 95648
16689989      +City of Lodi,    221 W Pine Street,    Lodi CA 95240-2089
16689992      +City of Manteca,    1001 W Center Street,    Manteca CA 95337-4390
16689993      +City of Modesto,    PO BOX 3442,    Modesto CA 95353-3442
16689995      +City of Oakdale,    280 N 3rd Avenue,    Oakdale CA 95361-3094
16689996      +City of Patterson,    33 S Del Puerto Avenue,    Patterson CA 95363-2517
16689997      +City of Ripon,    259 N Wilma,    Ripon CA 95366-3028
16689998       City of Riverbank,    6717 Third Street,    Riverbank CA 95367
16689999       City of Roseville - License Division,    Roseville CA 95678-2649
16690000       City of Sacramento,    Revenue Collections Division,    Sacramento CA 95814
16690004       City of Stockton,    PO BOX 1570 - Finance,    Stockton CA 95201-1570
16690006      +City of Turlock,    156 S Broadway,    Turlock CA 95380-5454
16690007       City of Vacaville,    PO BOX 6178,    Vacaville CA 95696-6178
16690008       City of Visalia,    PO BOX 4002,    Visalia CA 93278-4002
16690009      +City of Waterford,    PO BOX 199,    Waterford CA 95386-0199
16690012      +Clear Channel Broadcasting,    PO BOX 60000,    San Francisco CA 94160-0001
16690013      +Clear Channel Communications,    PO BOX 60000,    San Francisco CA 94160-0001
16690016      +Color Coat Inc,    1347 Terminal Street,    West Sacramento CA 95691-3514
16690017      +Colors Printing Graphic,    6828 Fair Oaks Blvd,    Carmichael CA 95608-3814
16690018      +Commercials on Hold,    4550 Arkwright Road,    Macon GA 31210-1302
16690019      +Compass Maps,    1172 Kansas Avenue,    Modesto CA 95351-1526
16690021      +Construction Service Bond,    9840 Business Park Drive,    Sacramento CA 95827-1704
16690022      +Contractor s State License,    PO BOX 26000,    Sacramento CA 95826-0026
16690023      +Contractors State License Board,    PO BOX 2600,    Sacramento CA 95812
16690024      +Costco,    3801 Pelandale Avenue,    Modesto CA 95356-8300
16690027       County of Sacramento,    Environmental Mgmt Dept,    Sacramento CA 95826-3904
16690028       County of Yolo,    Woodland CA 95695
16690030      +D M Figley,    10 Kelly Court,    Menlo Park CA 94025-1418
16690034       DATA QUICK,    Los Angeles CA 90074-0261
16690049       DMV,    PO BOX 825339,    Sacramento CA 94232-5339
16690035       DataQuick,    Los Angeles CA 90074-0261
16690036      +Dave Hegarty,    PO BOX 266,    Ripon CA 95366-0266
16690037      +David Babb,    707 Bidwell Street 1,    Folsom CA 95630-3052
16690038      +Delta Cranes,    2229 Stewart Street A,    Stockton CA 95205-3231
16690039       Delta Rubber,    PO BOX 8302,    Stockton CA 95208-0302
16690040      +Delta Shipping Supplies,    990 S Arroyo Pkwy Ste 3,    Pasadena CA 91105-3921
16690042       Department of Industrial,    Accounting - TIC FUND 096 01,    San Francisco CA 94142-0603
16690043       Department of Industrial Relations,    Division of Occupational Safety,
                San Francisco CA 94142-0603
16690044      +Department of Motor Vehicles,    PO BOX 12290,    Oakdale CA 95361-1041
16690047      +Diablo Engineering,    PO BOX 12290,    Oakdale CA 95361-1041
16690048       Discover Card Statement,    Columbus OH 43228-0542
16690050      +Downey Brand Attorney,    555 Capitol Mall 10th Floor,    Sacramento CA 95814-4601
16690051      +Drawing Board,    715 Stratford Avenue,    Hagerstown MD 21740-3608
16690052      +Duct Tester Inc,    PO BOX 266,    Ripon CA 95366-0266
16690053      +Dumont Landscape,    5006 Santa Fe Avenue,    Denair CA 95316-9519
16690054      +Duncan s Automotive II,    410 Sunrise Blvd,    Roseville CA 95661-4106
16690055      +Dunlap Van Vleck Brown,    925 L Street Suite 850,    Sacramento CA 95814-3762
16690056      +EGIA,    3800 Watt Ave Ste 105,    Sacramento CA 95821-2622
16690059      +ELECTRAMAZE,    PO BOX 451,    Carmichael CA 95609-0451
16690057       El Dorado County Development Serv Dept,    Placerville CA 95667
16690060      +Elk Grove Security System,    PO BOX 1325,    Elk Grove CA 95759-1325
16690062      +Empire Pacific Windows,    PO BOX 4210,    Tualatin OR 97062-4210
16690063      +Employment Development Dept,    PO BOX 826846,    Sacramento CA 94246-0001
16690064      +Energy Conservatory,    2801 21s Avenue S Ste 160,    Minneapolis MN 55407-1228
16690065      +Enterprise Fleet Management,    199 N Sunrise Avenue,    Roseville CA 95661-2900
16690066      +Enterprise Fleet Services,    Accounts Receivable,    199 N Sunrise Avenue,
                Roseville CA 95661-2900
16690067      +Eric Hogue Broadcasting,    2094 Blackheath Lane,    Roseville CA 95678-3410
16690068      +Escalon Towing,    1623 3rd Street,    Escalon CA 95320-1932
16690069      +Escalon Transmission,    1425 First Street,    Escalon CA 95320-1752
16690070       Expo Daily Sacramento LLC,    8880 Industrial Ave Ste 100,    Rancho Cordova CA 95670
16690071      +Express Care,    1530 E F Street,    Oakdale CA 95361-9611
16690072       Express Lube Detail,    1115 Oakdale Road,    Riverbank CA 95367
16690073      +Express Towing,    514 Crows Landing Road,    Modesto CA 95351-3907
16690077       FEDEX,    PO BOX 7221,    Pasadena CA 91109-7321
16690088       FTB - Court Ordered Debt Co,    PO BOX 1328,    Rancho Cordova CA 95741-1328
16690076      +Far-Go Distribution,    1557 Morgan Road,    Modesto CA 95358-5802
16690078      +Ferguson Enterprises Inc,    San Francisco CA 94160-0001
16690079      +Ferguson H C,    Los Angeles CA 90074-0001
16690080      +Ferguson H C 794,    Los Angeles CA 90074-0001
16690082      +Ferrari Color,    601 Bercut Drive,    Sacramento CA 95811-0106
16690083       First Ins Funding Corp,    PO BOX 66468,    Chicago IL 60666-0468
16690084       Fleet Fueling,    PO BOX 6293,    Carol Stream IL 60197-6293
16690085      +Florin Commercial Fuel,    PO BOX 276678,    Sacramento CA 95827-6678
16690086       Fresh Air Restroom Treatment Inc,    10770 Lego Lan,    Galt CA 95632-9030
16690087       Frontier,    PO BOX 79146,    Phoenix AZ 85062-9146
```

```
16690089      G K,   5900 Adler Avenue,   Sacramento CA 95828
16690090      G K Services,   5900 Alder Avenue,   Sacramento CA 95828-1110
16690095      GE Capital Fleet Services,   PO BOX 100363,   Atlanta GA 30384-0363
16690097      GE Money Bank,   Attn Julie Fugate,   Dayton OH 45420
16690105      GMAC,   PO BOX 9001948,   Louisville KY 40290-1948
16690113      GPX2 Inc,   7236 Larchmont Drive,   North Highlands CA 95660
16690115     +GTZ Janitorial,   201 Leon Avenue,   Modesto CA 95351-3219
16690092      Gas Pro,   PO BOX 70887,   Charlotte NC 28272-0887
16690094      Gaspro-Arco,   PO BOX 70887,   Charlotte NC 28272-0887
16690098     +Gilton Resource Recovery,   1722 Mono Drive,   Modesto CA 95354-3816
16690099     +Gilton Solid Waste Management,   1722 Mono Drive,   Modesto CA 95354-3816
16690100     +Global HVAC,   Dept 33496,   San Francisco CA 94139-0001
16690102     +Global HVAC Distributors,   Dept 33496,   San Francisco CA 94139-0001
16690101     +Global HVAC Distributors,   900 Spreckles Avenue,   Manteca CA 95336-8940
16690104     +Global Media,   1401 El Camino Ave Ste 400,   Sacramento CA 95815-2751
16690107      Golden Eagle Insurance,   PO BOX 85834,   San Diego CA 92186-5834
16690108     +Golden State Directory Co,   11 Natomas Street Ste 150,   Folsom CA 95630-2660
16690110      Goodman Distribution Inc,   PO BOX 201652,   Houston TX 77216-1652
16690111      Goodman Distributors,   PO BOX 85834,   San Diego CA 92186-5834
16690112     +Goralka Law Firm,   2115 J Street Ste 201,   Sacramento CA 95816-4734
16690114     +Grainger,   Dept 672-817471006,   Palatine IL 60038-0001
16690116      H Thomas Beck,   1180 W Main Street Ste 2,   Ripon CA 95366-3005
16690127      HSA Bank,   PO BOX 939,   Sheboygan WI 53082-0939
16690130     +HVAC Performance Products,   1270 Lincoln Avenue 1400,   Pasadena CA 91103-2443
16690117     +Hanna Meinders,   6419 Franklin Blvd,   Sacramento CA 95823-1001
16690119     +Harlow Recovery Inc,   6000 Midway Street 101,   Sacramento CA 95828-0955
16690118     +Harlow Recovery Inc,   6000 Midway Street 450-E,   Sacramento CA 95828-0954
16690120     +Harold Barnett,   3104 Dovehouse,   Modesto CA 95355-8691
16690121      Headsets com,   One Daniel Burnham Ct 400C,   Sacramento CA 95828
16690122      Heating Cooling,   Los Angeles CA 90074-4694
16690123      Heating Cooling Supply,   Los Angeles CA 90074-4694
16690124     +Hoffman Insulation,   1265 Venture Lane,   Turlock CA 95380-5700
16690125     +Home Depot,   PO BOX 6031,   The Lakes NV 88901-6031
16690126     +Home Depot,   1617 N Carpenter Road,   Modesto CA 95351-1223
16690132      I C W Group,   PO BOX 85563,   San Diego CA 92186-5563
16690133      Idearc Media,   PO BOX 619810,   Dallas TX 75261-9810
16690134     +Ideas in Iron,   10907 Dixon Road,   Oakdale CA 95361-8846
16690135     +Inland Business Systems,   1500 North Market Blvd,   Sacramento CA 95834-1960
16690136     +Inside Media,   6017 Puerto Drive,   Rancho Murieta CA 95683-9315
16690137     +Integrated Technology Solutions,   3136 Wiese Way,   Sacramento CA 95833-1103
16690140      J D Murray Sheetmetal,   4348 A Jetway Court,   North Highlands CA 95660
16690141     +J M Mead,   2121 Natomas Crossing Drive 200,   Sacramento CA 95834-3848
16690142     +Jaar Sales Inc,   6345 Rainer Avenue,   Rocklin CA 95677-2917
16690144      James River Ins,   Attn Jennifer Andrews,   Richmond VA 23261-7648
16690147     +Jeanna Bales,   49444 Vinnard Drive,   Coarsegold CA 93614-9772
16690148     +Jeff Dumm Mechanical,   4415 Race Track Road,   Rocklin CA 95677-2054
16690149     +Jerry Utke Sheetrock Repair,   315 North Santa Ana Avenue,   Modesto CA 95354-1552
16690150     +Jessica Mar,   3838 W Land Park Drive,   Sacramento CA 95822-1122
16690152     +Jim Hall Productions,   1105 Kimberly Court,   Roseville CA 95661-5394
16690155     +Johnstone Supply,   PO BOX 13845,   Sacramento CA 95853-3845
16690157     +Jorgensen Co,   2691 South East Avenue,   Fresno CA 93706-5497
16690163     +KBA Consulting Group Inc,   3017 Douglas Blvd Suite 300,   Roseville CA 95661-3850
16690164     +KCCL - FM,   1436 Auburn Blvd,   Sacramento CA 95815-2745
16690165     +KCTC - AM,   5345 Madison Avenue,   Sacramento CA 95841-3141
16690169     +KFIA - AM,   1425 River Park Drive Ste 520,   Sacramento CA 95815-4524
16690170      KMAX-TV 31,   PO BOX 100454,   Pasadena CA 91189-0454
16690174     +KTKZ Radio,   1425 River Park Drive Ste 520,   Sacramento CA 95815-4524
16690175     +KXTV - News 10,   PO BOX 10,   Sacramento CA 95812-0010
16690176     +KXTV-WX,   400 Broadway,   Sacramento CA 95818-2041
16690160      Kaiser Foundation Health,   Los Angeles CA 90074-5915
16690161      Kaiser Foundation Health,   San Francisco CA 94160-3030
16690162      Kaiser Foundation Health Plan Inc,   Los Angeles CA 90074-5915
16690166     +Kelly Paper,   288 Brea Canyon Road,   City of Industry CA 91789-3087
16690167     +Kelly Paper,   1099 Vine Street,   Sacramento CA 95811-0335
16690171     +KopiWorks,   3144 Palm Street,   Mcclellan CA 95652-2525
16690181      LBL Windows Doors,   PO BOX 8284,   Portland OR 97207-8284
16690177      Labor Ready,   PO BOX 31001-0257,   Pasadena CA 91110-0257
16690178     +Ladd Crane Service,   4907 Vivian Road,   Modesto CA 95358-8779
16690179     +Larsen Pumps Inc,   509 Tully Road,   Modesto CA 95350-5890
16690180      Law Offices of Ronald L,   6506 Cartera Court Ste 150,   Elk Grove CA 95758-4818
16690182     +Le Tip International,   PO BOX 178130,   San Diego CA 92177-8130
16690184     +Les Schwab Tire Center,   2560 Patterson Road,   Riverbank CA 95367-2708
16690188      Lucas Business Systems,   CCV Payments,   Pasadena CA 91189-0986
16690189     +Lucas Business Systems,   524 Kansas Avenue,   Modesto CA 95351-1516
16690190     +M L Robbins,   2010 24th Street,   Sacramento CA 95818-1802
16690210     +ML Robbins,   2010 24th Street,   Sacramento CA 95818-1802
16690192     +Macy Enterprises,   PO BOX 7504,   Auburn CA 95604-7504
16690193      Madera Tribune,   PO BOX 269,   Madera CA 93639-0269
16690194     +Master Color,   1780 Vernon Street Ste 7,   Roseville CA 95678-6311
16690195     +Maximum Air,   4323 N Selland 106,   Fresno CA 93722-7822
16690196     +McCoy Passenger Tire Co,   3333 McHenry Avenue,   Modesto CA 95350-1443
16690198      McLeod USA,   PO BOX 3284,   Milwaukee WI 53201-3284
16690200     +Mercury Metal,   11375 N 10800 W,   Tremonton UT 84337-9228
16690202      Metlife,   PO BOX 14593,   Lexington KY 40512-4593
```

```
16690204      +Metro Chamber of Commerce,    917 7th Street,    Sacramento CA 95814-2509
16690205       Metro Expositions,    PO BOX 8126,    Stockton CA 95208-0126
16690206      +Mid Town Le Tip,    1000 Front Street,    Sacramento CA 95814-3231
16690207      +Milgard MFG Inc,    PO BOX 39000 Dept 05879,    San Francisco CA 94139-0001
16690208       Milgard Windows,    6050 88th Street,    Sacramento CA 95828-1119
16690209       Milone Bros Coffee,    1413 Lone Palm Avenue,    Oakdale CA 95361
16690212       Modesto Bee,    PO BOX 11986,    Fresno CA 93776-1986
16690213      +Modesto Chamber of Commerce,    PO BOX 844,    Modesto CA 95353-0844
16690214      +Modesto Custom Signs com,    830 Kanas Avenue,    Modesto CA 95351-1502
16690215      +Modesto Irrigation District,    1231 Eleventh Street,    Modesto CA 95354-0701
16690216      +Modesto Janitorial,    701 Kearney Avenue,    Modesto CA 95350-5765
16690217      +Modesto Welding,    PO BOX 4547,    Modesto CA 95352-4547
16690218       Murphy Austin Adams Schoe,    PO BOX 1319,    Sacramento CA 95812-1319
16690219       Murphy Austin Adams Schoenfeld,    PO BOX 1319,    Sacramento CA 95812-1319
16690220      +Napa Auto Parts,    2001 Central Avenue,    Ceres CA 95307-2504
16690222       New England Business Service,    500 Main Street,    Groton MA 01471-0004
16690223      +New England Business Systems,    500 Main Street,    Groton MA 01471-0001
16690225      +Northwest Distributiors,    3470 Swetzer Road,    Loomis CA 95650-7630
16690227      +Oakdale Building Supply,    6512 Callander Avenue,    Riverbank CA 95367-2255
16690228       Office Depot,    PO BOX 689020,    Des Moines IA 50368-9020
16690229       Office Depot,    PO BOX 70025,    Los Angeles CA 90074-0025
16690230       Office Depot,    Office Depot Credit Plan,    Des Moines IA 50368-9020
16690231      +Office Max,    1800 Oakdale Road,    Modesto CA 95355-2986
16690232      +One Stop Truck Shop,    5144 Auburn Blvd,    Sacramento CA 95841-2705
16690234      +Orchard Supply Hardware,    1800 Oakdale Road,    Modesto CA 95355-2986
16690235      +Orkin,    12710 Magnolia Avenue,    Riverside CA 92503-4620
16690236      +Owen-Dunn Insurance Service,    2831 G Street,    Sacramento CA 95816-3783
16690237      +P T Glass,    PO BOX 1201,    Galt CA 95632-1201
16690248       PG E,    PO BOX 997300,    Sacramento CA 95899-7300
16690238      +Pace Supply Corp,    2815 Duke Ct,    Santa Rosa CA 95407-7844
16690239      +Pacific Centrix Services,    6855 Tujunga Avenue,    North Hollywood CA 91605-6312
16690240      +Pacific Supply,    1155 N Emerald Avenue,    Modesto CA 95351-1560
16690241       Paetec,    PO BOX 3284,    Milwaukee WI 53201-3284
16690242      +Paisano s Auto Repair Service,    586 S 9th Street,    Modesto CA 95351-4037
16690245      +Performance Business Form,    PO BOX 292669,    Nashville TN 37229-2669
16690247      +Pete Meyling,    414 W Whyte Avenue,    Roseville CA 95678-5140
16690252       Pre-Paid Legal Services,    PO BOX 2629,    Ada OK 74821-2629
16690253      +Premium Financing Special,    PO BOX 3029,    Bothell WA 98041-3029
16690254      +Printing Dynamics,    1014 - 2nd Street Ste 300,    Sacramento CA 95814-3219
16690255      +Printing Solutions,    1214 K Street,    Modesto CA 95354-0916
16690256      +ProClean Supply,    701 Kearney Avenue,    Modesto CA 95350-5765
16690257       Products That Promote,    PO BOX 62233,    Colorado Springs CO 80962-2233
16690258       Progressive Insurance,    United Fin CAS CO,    Tampa FL 33630-3108
16690259      +R B W Electric,    PO BOX 3024,    Orangevale CA 95662-7406
16690274      +RSA Supply,    8321 Demetre Avenue,    Sacramento CA 95828-0920
16690260      +Radio Luz,    1425 River Park Drive Ste 520,    Sacramento CA 95815-4524
16690261      +Ramos Environmental Service,    1515 So River Road,    West Sacramento CA 95691-2810
16690262      +Rapid Recovery,    PO BOX 10845,    Glendale AZ 85318-0845
16690265       Refrigeration Supplies,    26021 Atlantic Ocean Dr,    Lake Forest CA 92630-8831
16690270      +Riverview International,    2445 Evergreen Avenue,    West Sacramento CA 95691-3087
16690271       Rojas Associates,    1300 S Street,    Sacramento CA 95811-7114
16690275       Sacramento County,    c o Parking Citation Service Center,    Santa Ana CA 92711
16690276       Sacramento County Child Support,    PO BOX 419058,    Rancho Cordova CA 95741-9058
16690277      +Sacramento County District Attorney,    Attn Trish Donahue,    906 G Street suite 700,
                Sacramento CA 95814-1813
16690279      +Sacramento Sheriff Civic,    3341 Power Inn Road 313,    Sacramento CA 95826-3835
16690280       Safe Credit Union,    PO BOX 609000,    North Highlands CA 95660-9000
16690281       Safety-Kleen Corp,    PO BOX 7170,    Pasadena CA 91109-7170
16690282      +San Diego Pension Consultant,    5628 Copley Drive,    San Diego CA 92111-7902
16690286      +Sentinel Fire Equipment,    PO BOX 161265,    Sacramento CA 95816-1265
16690288       Shell Fleet,    PO BOX 9016,    Des Moines IA 50368-9016
16690289      +Sheriff s Civil Division,    3341 Power Inn Road 313,    Sacramento CA 95826-3835
16690290      +Shubee Inc,    104 Brown Drive,    Macon GA 31220-6754
16690291      +Signs in 1 Day Inc,    5910 Auburn Blvd 21,    Citrus Heights CA 95621-6051
16690292       Simonton Windows,    2019 E Monte Vista Avenue,    Vacaville CA 95688-3100
16690294       Slakey Brothers,    PO BOX 60000,    San Francisco CA 94160-0001
16690295      +Slakey Brothers,    2540 Teepee Drive,    Stockton CA 95205-2456
16690298      +Smud Utilities,    PO BOX 15555,    Sacramento CA 95852-1555
16690299      +Solano Heating Air,    401 Railroad Avenue,    Suisun City CA 94585-3851
16690300      +Source Distribution Co,    1295 N Emerald Avenue Ste D,    Modesto CA 95351-2867
16690301      +Speedee Oil Change,    1343 Coffee Road,    Modesto CA 95355-3102
16690302       Sprint,    PO BOX 541023,    Los Angeles CA 90054-1023
16690303      +Stanislaus Co Building,    1100 H Street,    Modesto CA 95354-2338
16690305      +Stanislaus Electric Motor,    504 River Road,    Modesto CA 95351-4086
16690307      +State Board of Equalization,    PO BOX 942879,    Sacramento CA 94279-0101
16690308      +State Disbursement Unit,    PO BOX 989067,    West Sacramento CA 95798-9067
16690309       Superior Court of California,    Carol Miller Justice Center,    Sacramento CA 95826
16690310      +Superior Engineered Production,    1650 S Archibald Avenue,    Ontario CA 91761-7604
16690311       Superior Window Products,    PO BOX 57505,    Los Angeles CA 90074-7505
16690312       SureWest Directories,    Dept LA 21573,    Pasadena CA 91185-1573
16690324       TNI The Network,    Los Angeles CA 90074-6718
16690335       TU Large Disbursements,    PO BOX 99506,    Chicago IL 60693-9506
16690314       TelePacific Communication,    PO BOX 138017,    Sacramento CA 95813-8017
16690315      +Temperature Perfection,    3285 Seldon Ct,    Fremont CA 94539-5625
```

```
16690317     +Texaco Fast Lube,   2660 Patterson Road,   Riverbank CA 95367-2710
16690318      The Elk Grove Citizen,   PO BOX 307,   Galt CA 95632-0307
16690320     +The Modesto Bee,   PO BOX 3928,   Modesto CA 95352-3928
16690322      The Sacramento Bee,   PO BOX 11967,   Fresno CA 93776-1967
16690323     +Thrifty Supply,   PO BOX 4148,   Bellevue WA 98009-4148
16690325      Trane Parts Centers,   Los Angeles CA 90074-6718
16690326     +Trans Western Publishing,   1550 Harbor Blvd Ste 105,   West Sacramento CA 95691-3828
16690328      Treasurer Tax Collector,   Placerville CA 95667
16690331     +Trim Quick,   630 Parkridge Avenue,   Norco CA 92860-3124
16690332      Trombetta Electric Warehouse,   PO BOX 577979,   Modesto CA 95357-7979
16690333     +True Value,   1433 Coffee Road,   Modesto CA 95355-3199
16690334     +True Value Riverbank,   3234 Santa Fe Street,   Riverbank CA 95367-2315
16690336     +Turbo Air,   1250 Victoria Street,   Carson CA 90746-1666
16690338      Tygris Commercial Finance,   Dept 1608,   Denver CO 80291-1608
16690339     +U S Healthworks,   PO BOX 50042,   Los Angeles CA 90074-0042
16690340      U S Postmaster,   3775 Industrial Blvd,   West Sacramento CA 95799-0070
16690341      ULINE,   Attn Accounts Receivable,   Waukegan IL 60085
16690349     +US Air Conditioning,   301 9th Street,   Modesto CA 95351-4055
16690348      US Air Conditioning,   1699 Chestnut Street,   Rowland Heights CA 91748
16690350      US Express Leasing Inc,   Dept 1608,   Denver CO 80291-1608
16690343     +United Refrigeration,   1413 Granite Lane,   Modesto CA 95351-1121
16690344     +United Rental,   1331 Coldwell Avenue,   Modesto CA 95350-5793
16690346     +University Inn,   2655 East Shaw Avenue,   Fresno CA 93710-8228
16690352     +V M Delgado Associates,   4629 Pine Valley Circle,   Stockton CA 95219-1876
16690353     +Valair,   8615 23rd Avenue,   Sacramento CA 95826-4903
16690355      Valley Yellow Pages,   Dept 33302,   San Francisco CA 94139-3302
16690357     +Varin Larson,   195 Gerald Road,   Newcastle CA 95658-9505
16690356     +Varin Larson,   195 Geraldson Road,   Newcastle CA 95658-9505
16690358      Verizon Wireless,   PO BOX 98009,   Bellevue WA 98009
16690360      Vida En El Valle,   PO BOX 12941,   Fresno CA 93779-2941
16690361      Vision Service Plan,   PO BOX 45210,   San Francisco CA 94145-5210
16690362     +Volume Press,   PO BOX 980503,   West Sacramento CA 95798-0503
16690365     +Waste Management of Sacramento,   PO BOX 980503,   West Sacramento CA 95798-0503
16690366     +Watch Guard Services,   215 O Neill Avenue,   Belmont CA 94002-4001
16690368     +West Coast Environmental,   3181 Fitzgerald Road,   Rancho Cordova CA 95742-6801
16690369      Western Air Systems Construction,   Lockbox Dept 098-61,   San Francisco CA 94145-0266
16690370     +Wholesale Outlet Inc,   4920 Raley Blvd,   Sacramento CA 95838-1719
16690371     +Wilson Technologies,   PO BOX 579026,   Modesto CA 95357-9026
16690372      Xerox Corporation,   PO BOX 910139,   Modesto CA 95357
16690373     +Yellow Book USA,   6300 C Street SW,   Cedar Rapids IA 52404-7470
16690374      Yellowpages com,   PO BOX 650098,   Dallas TX 75265-0098
16690376      York International Corp,   Unitary Product Group,   Dallas TX 75373-0747
16690375     +York International Corp,   1699 Chestnut Street,   City of Industry CA 91803
16690377     +Yosemite Auto Parts,   2549B Yosemite Blvd,   Modesto CA 95354-3198
16690378     +Zipmail Marketing,   3189 Fitzgerald Road,   Rancho Cordova CA 95742-6801
16690379     +Zipmail Marketing LLC,   3600 Industrial Blvd Ste 10,   West Sacramento CA 95691-6522

The following entities were noticed by electronic transmission on Sep 09, 2009.
smg           EDI: CALTAX.COM Sep 09 2009 20:39:00      Franchise Tax Board,   PO Box 2952,
               Sacramento, CA  95812-2952
16689968      EDI: CHASE.COM Sep 09 2009 20:38:00      Chase Cardmember Services,   PO BOX 94014,
               Palatine IL 60094-4014
16690105      EDI: GMACFS.COM Sep 09 2009 20:38:00      GMAC,   PO BOX 9001948,   Louisville KY 40290-1948
16690266     +E-mail/PDF: loancenter749@rcbank.com Sep 10 2009 03:22:03      River City Bank,   PO BOX 15247,
               Sacramento CA 95851-0247
16690359      EDI: AFNIVZWIRE.COM Sep 09 2009 20:39:00      Verizon Wireless,   PO BOX 9622,
               Mission Hills CA 91346-9622
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16689925      AT T com
16689928      AVC Roofing
16689881      Ac Covers
16689884      Ace Hardware Modesto
16689887      Aflac
16689893      Al Clark
16689897      All Clear Auto Glass
16689900      Allied NA
16689914      Arco
16689935      Barnett s Energy King
16689939      Big Mountain Heating Air
16689943      Bishchoff Custom Designs
16689945      Bob Barnett
16689947      Bob Mikaili
16689948      Bobby s Smog Auto Repair
16689952      C C Plumbing
16689953      C L Rafferty CPA
16689958      California Fire Safety
16689959      Cameron Park CSD
16689969      Chevron
16689971      Chris Meyling
16689972      Chuck Dortch
16689973      Circle K
16689977      Citrus Heights Building D
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
16689982        City of Fresno
16689984        City of Hanford
16689986        City of Lathrop
16689988        City of Livingston
16689990        City of Lone
16689991        City of Madera
16689994        City of Newman
16690001        City of Selma
16690002        City of Sonora
16690003        City of Stockton
16690005        City of Suisun
16690010        City of West Sacramento
16690011        City of Wheatland
16690015        Collegeville Market
16690020        Coneth Solutions
16690025        County of Fresno
16690026        County of Madera
16690029        Curt Eckston
16690031        Dan Fredell Painting
16690032        Danielle Small
16690033        Darren Vigallon
16690041        Demi Chevron
16690045        Dept of Housing Comm
16690046        Dept of Housing Community
16690058        El Pollow Loco
16690061        Elliot Management
16690074        Fahmey Auto Group
16690075        Fair Deal Maket
16690081        Ferguson Heating Cooling
16690096        GE Finance
16690091        Gas N Market
16690093        Gas Pro Plus
16690103        Global HVAC Marketing
16690106        Golden Eagle,    PO BOX 85826,    CA 91286-5826
16690109        Gomez Auto Repair
16690128        HVAC Marketing
16690129        HVAC Performance
16690131        I C W Group
16690138        Intuit Complete Payroll
16690139        J B Mobile Locksmithing
16690143        James Larson
16690145        Javier Barajas
16690146        Jay s Trophy Shop
16690151        Jiffy Lube
16690153        Jimmy J Gloria Ent Inc
16690154        John s Truck Service
16690156        Jonathan s Meat Market
16690158        June Mead
16690159        K HITS 92 1
16690172        KP Choice Solutions
16690168        Kevin Crawford
16690173        Kragen
16690183        Lennox
16690185        Lincoln Retirement
16690186        Longs Drugs
16690187        Lowe s
16690191        Macey Transportation
16690197        McHenry Food Market
16690199        Merced Superior Court
16690201        Merimac Lease Payment
16690203        Metlife SBC,    PO BOX 804466
16690211        Mod Finger Printing
16690221        Nevada County
16690224        Nojient Development
16690226        O Brien s Market
16690233        Online Access
16690243        Party City
16690244        Pedersen Construction
16690246        Performance Smog
16690249        Phil Darner
16690250        Placer County
16690251        Postal Connection
16690263        Rare Service
16690264        Ray Rios
16690267        Riverbank MPO
16690268        Riverbank Shell
16690269        Riverbank Tire Store
16690273        Ron Chance
16690278        Sacramento County Tax Collections
16690283        San Joaquin County
16690284        San Joaquin County CDD
16690285        Seccion Amarilla
16690287        Shell
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
16690293      Sisco Wire Rope Rigging
16690296      Smart Final
16690297      Smog Go
16690304      Stanislaus County
16690306      Staples
16690313      Team Power Forklifts
16690316      Texaco
16690319      The Hartford
16690321      The Reinhart Group
16690327      Travis Barnett
16690329      Trevor Thompson
16690330      Tri Counties Bank
16690337      Turlock Autohaus
16690347      UPS
16690351      US Postal Service
16690342      Undercar Warehouse
16690345      United Rentals
16690354      Valero
16690363      Walmart
16690364      Warden s
16690367      Wendy s
16689966*    +CFM Equipment Distributor,   1644 Main Avenue Ste 1,   Sacramento CA 95838-2409
16690272*    +Rojas Associates,   1300 S Street,   Sacramento CA 95811-7114
                                                                                 TOTALS: 128, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2009                          Signature:    *Joseph Speetjens* (signature)